IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ANGELA A. MANSFIELD,

    Plaintiff,

v.

U.S.,

    Defendant.

CIVIL ACTION NO.: 4:19-cv-168

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's November 17, 2020 Report and Recommendation, (doc. 34), to which Petitioner has filed objections, (docs. 35, 36, & 37). Plaintiff filed this case over a year ago bringing claims for medical malpractice and wrongful death claims against the Department of Veterans Affairs ("VA"). (Doc. 1 & doc. 24). However, the Court instructed plaintiff that in order to bring these claims under the Federal Tort Claims Act, she needed to submit an affidavit from a medical professional as well as amend her complaint. (*See, e.g.,* doc. 24). Although the Court granted multiple extensions, (docs. 25 & 28), she never provided the required affidavit or amended complaint. The Court recommended dismissal. (Doc. 34). Plaintiff has again objected, arguing generally that she has had difficulty contacting the VA and generally alleging some unspecified fraud. While the Court is sympathetic to plaintiff's difficulties, she has received all the extensions to which she is entitled and has still failed to comply with a Court Order. Accordingly, the Court

**ADOPTS** the Magistrate Judge's Report and Recommendation, (doc. 34), and plaintiff's case is

**DISMISSED**.   The Clerk of Court is **DIRECTED** to close this case.

    **SO ORDERED**, this 5th day of February, 2021.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA