AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ANGELA A. MANSFIELD,

Plaintiff,

v.

U.S.,

Defendant

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:19-cv-168

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's order dated February 5, 2021, the Report and Recommendations of the U.S. Magistrate Judge is ADOPTED as the opinion of this Court. The Plaintiff's Complaint is DISMISSED. This case stands closed.

Approved by: _____

| | |
|---|---|
| February 16, 2021 | John E. Triplett, Acting Clerk |
| Date | Clerk |
| | _(signature)_ |
| | (By) Deputy Clerk |

GAS Rev 10/2020